**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Greg J Marchand,<br><br>            Plaintiff,<br><br>v.<br><br>Taylor & Francis Group LLC,<br><br>            Defendant. | No. CV-25-04391-PHX-DJH<br><br>**ORDER** |

On November 24, 2025, Plaintiff Greg J. Marchand ("Plaintiff") filed a Verified Complaint ("Complaint") (Doc. 1) and Application for Temporary Restraining Order and Preliminary Injunction (Doc. 2). Plaintiff's Complaint alleges claims against Defendant Taylor & Francis Group, LLC's ("Defendant") for breach of contract and negligence and seeks declaratory and injunctive relief. (Doc. 1). Plaintiff says Defendant is threatening to retract an article he wrote that Defendant published in its online journal in August 2023. (*Id*.) Plaintiff says the threatened retraction would negatively impact his professional reputation and career opportunities. (Doc. 1-1 ¶¶ 92–93). He seeks a temporary restraining order and preliminary injunction "that prevents [Defendant] from breaching the parties' contract, from retracting the Article, from defaming Dr. Marchand, and from publicly placing Dr. Marchand in a false light." (Doc. 2 at 15). He also seeks an expedited hearing on the matter. (*Id*. at 1).

The Court has reviewed the filings and will grant Plaintiff's request for a hearing on his Application for Temporary Restraining Order and Preliminary Injunction. Plaintiff

shall serve Defendant with a copy of the Complaint and Application for Temporary Restraining Order and Preliminary Injunction in advance of the hearing.[1]

**IT IS ORDERED** that a hearing on Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is set for **December 4, 2025, at 11:00 a.m.** in Courtroom 605, 401 West Washington Street, Phoenix, AZ 85003 before Judge Diane J Humetewa.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant the Summons and Complaint (Doc. 1), Application for Temporary Restraining Order and Preliminary Injunction (Doc. 2), and a copy of this Order on Defendant no later than **November 26, 2025**, and immediately file a notice of service with the Court. Defendant may file a response to Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction on or before **December 2, 2025**.

Dated this 25th day of November, 2025.

Honorable Diane J. Humetewa
United States District Judge

---

[1] Plaintiff shall come to the hearing prepared to substantiate his allegations supporting the Court's jurisdiction over this matter, particularly related to the alleged amount in controversy.

- 2 -